UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORIS POGIL,<br><br>                                                      Plaintiff.<br><br>           — against —<br><br>KPMG, LLP, et al<br><br>                                                      Defendants. | Civil Action No. 1:21-cv-07628-VSB<br><br>AFFIRMATION OF NO OPPOSITION |

Your Honor:

Plaintiff is not opposing Defendants' application to have only the individual defendants dismissed from this case with prejudice as to the allegations alleged as against such individual defendants.

Dated: December 15, 2021

Respectfully Submitted,

*Garry Pogil*
Garry Pogil (*Attorney for the Plaintiff*)
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: 212-626-6825
Email: garry.pogil@gmail.com

Given Plaintiff's non-opposition, the claims against Defendants Andrew J. Ziegler, Scott M. Masaitis, Tonya Christianson, David Lin, Lena Haidysh, and Lara Czerwinski (the "Individual Defendants") are DISMISSED, and the Individual Defendants are dismissed from this action.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

02/07/2022