```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BORIS POGIL,

        Plaintiff,

-against-

KPMG, LLP,

        Defendant.

21-CV-7628 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant shall advise the Court no later than **June 27, 2022**, whether it intends to oppose plaintiff's motion (Dkt. No. 36) to amend his complaint. If defendant intends to oppose, the Court will set a briefing schedule. If defendant does not intend to oppose, plaintiff shall file his amended complaint no later than **June 29, 2022**, which will moot defendant's pending motion to amend its current answer (Dkt. No. 31); and defendant shall answer or otherwise respond to the amended complaint no later than **July 13, 2022**.

Dated: New York, New York
       June 24, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**