```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BORIS POGIL,

           Plaintiff,

-against-

KPMG, LLP,

           Defendant.

21-CV-7628 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during this morning's status conference, should the parties seek judicial intervention to resolve pending disputes concerning the scope of document discovery or the topics for KPMG's Rule 30(b)(6) deposition, they shall file a joint letter on or before **August 18, 2022**, no longer than four pages total, succinctly explaining their dispute, as well as the relief requested, and attaching the *specific* discovery requests and responses at issue.

    The Court will hold a further status conference on **September 19, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **September 15, 2022**, the parties shall file a joint status letter, no longer than four pages total, apprising the Court of the status of discovery and any further disputes that may require judicial intervention.

Dated: New York, New York
       August 11, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**