UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BORIS POGIL,

               Plaintiff,

    -against-

KPMG L.L.P.,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2022
```

21-CV-7628 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold a discovery conference on **January 4, 2023, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Defendant may file a letter-brief responding to plaintiff's December 16, 2022 letter no later than **December 23, 2022**. Plaintiff's optional reply is due no later than **December 28, 2022**. In their opposition and reply letters, the parties should address, among other things, why plaintiff served his "initial post-deposition requests" on October 31, 2022 – three days after fact discovery closed – and whether he is entitled to the Court's assistance in obtaining responses to those requests. *See* Initial Case Mgmt. Order (Dkt. 21) ¶¶ 4, 5, 6.

Plaintiff is reminded that letter-briefs must conform to Local Civ. R. 11.1(b). The Court will reject any future filings prepared in microscopic font with miniscule margins.

Dated: New York, New York
       December 16, 2022

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**