UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

BORIS POGIL,

        Plaintiff,

  -v-                                  No.  21-cv-7628-LTS

KPMG, LLP,

        Defendant.

--------------------------------------------------------x

<u>ORDER</u>

Defendant's Motion for Summary Judgment is pending before the Court.  (<u>See</u> docket entry no. 73.)  Both parties' submissions in connection with said Motion (<u>see</u> docket entry nos. 74, 84, 87) include citations to the August 25, 2022, Deposition of Boris Pogil, but certain of these citations were not included in the excerpted transcript submitted by the parties (see docket entry nos. 73-35, 84-31, 85-30).

The parties are hereby directed to file, no later than **July 24, 2024**, a joint submission providing a full and complete copy of the August 25, 2022, Deposition of Boris Pogil.

SO ORDERED.
Dated: New York, New York
      July 19, 2024

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge